**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000870
18-APR-2024
08:00 AM
Dkt. 127 ODMR**

NO. CAAP-19-0000870

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

NOE RAQUINIO, Plaintiff-Appellant,
v.
COUNTY OF HAWAIʻI; HAWAIʻI POLICE DEPARTMENT; JEREMY LEWIS;
EDWARD LEWIS; MARCO SEGOBIA; KYLE HIRAYAMA; SEAN SMITH;
MICHAEL HARDIE; FRANK MILLER, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC19100099K)

ORDER
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the Motion for Reconsideration filed by Noe **Raquinio** on April 16, 2024, the papers in support, and the record, it appears that:

1. Raquinio moves for reconsideration of our Summary Disposition Order filed on April 12, 2024; and

2. The motion presents no point of law or fact we overlooked or misapprehended. See Rule 40(b), Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion for Reconsideration is denied.

DATED: Honolulu, Hawai‘i, April 18, 2024.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge